## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO.  3:23-CV-00318-CHB-CHL

**SHAWN DILLON,**                                                                        **Plaintiff,**

**v.**

**EBY-BROWN COMPANY, LLC,**                                                      **Defendant.**

### SETTLEMENT CONFERENCE REPORT

On January 13, 2025, the undersigned conducted a settlement conference in the above matter with the following appearances:

FOR PLAINTIFF:          Shawn Dillon; Joseph Daniel Gaines, counsel

FOR DEFENDANT:        Zandra Hall; August Johannsen, counsel; J. Andrew Inman, counsel

Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed as settled and with leave to reinstate within thirty days after entry of the order of dismissal if the Parties fail to fulfill the terms of the settlement agreement within that time.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

6|0    January 15, 2025